

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

**Abed Z. Bhuyan**
phone: (212) 356-2387
email: abhuyan@law.nyc.gov

July 16, 2021

**Via ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

The oral argument scheduled for July 29, 2021 at 11:00 a.m. is adjourned to August 17, 2021 at 3:30 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.
Date: July 26, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:   Harold Gates v. The City of New York, et al
       20-CV-3186 (JPC)

Dear Judge Cronan:

    I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, assigned to represent Defendants City of New York, Deputy Inspector Tania Kinsella, Captain Dennis Gray, Lieutenant David DeJesus, and Lieutenant Jeffrey Gurley (collectively, "Defendants") in the above-referenced matter.[1]  I write to respectfully request an adjournment of the oral argument on defendants' motion to dismiss currently scheduled for 11 AM on July 29, 2021 as described in the Court's July 16, 2021 Order issued today.  Dkt. 41.  Defendants make this request I have a conflict with a previously scheduled Court-ordered mediation under docket 20-CV-0255 scheduled for the same date and time.  Plaintiff consents to this request.

    Plaintiff's counsel, Marshall Bellovin, advises he has a pre-planned vacation scheduled for early August.  Accordingly, the parties respectfully suggest August 17 or August 20 as alternative dates for the parties to appear for oral argument on the pending motion to dismiss, or a date thereafter that is convenient to the Court.

    Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Abed Z. Bhuyan*
Abed Z. Bhuyan

To:   Marshall Bellovin, Esq. (By ECF and e-mail)

---

[1] Upon information and belief, Defendant Chief James Secreto has not been served, and no appearance on his behalf is required or being made.