UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
HAROLD GATES,	:
:
                Plaintiff,	:
:      20 Civ. 3186 (JPC)
    -v-	:
:      ORDER
CITY OF NEW YORK *et al.*,	:
:
                Defendants.	:
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 25, 2021, the Court granted Defendants' Motion to Dismiss, but also granted Plaintiff the opportunity to amend his Americans with Disabilities Act retaliation claim within thirty days of the Opinion and Order to avoid dismissal. Dkt. 44. Thirty days have since passed and Plaintiff has not amended his Complaint. Accordingly, Plaintiff's Complaint is dismissed with prejudice and the Clerk of the Court is respectfully directed to close the case.

      SO ORDERED.

Dated: October 12, 2021
       New York, New York
                                                                   JOHN P. CRONAN
                                                            United States District Judge